# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

ROGER D. SHAFFER AND ANN
DOLIVEIRA SHAFFER, HIS WIFE,

    Petitioners

    v.

EBENSBURG POWER CO.; BABCOCK &
WILCOX EBENSBURG POWER INC.;
T/D/B/A EBENSBURG POWER CO.;
EBENSBURG INVESTORS LIMITED
PARTNERSHIP  T/D/B/A EBENSBURG
POWER CO.; POWER SYSTEMS
OPERATIONS, INC.,

    Respondents

: No. 484 WAL 2015
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

  **AND NOW**, this 29th day of March, 2016, the Petition for Allowance of Appeal is **DENIED**.

  Justice Wecht did not participate in the consideration or decision of this matter.